# Exhibit A



# MCS Claim Services, Inc.
1025 OLD COUNTRY ROAD, SUITE 321, WESTBURY, NY 11590
(516) 338-1100   NEW YORK 1-800-406-1173   NEW JERSEY 1-800-242-1202

```
                                            10-29-20
KISH,FRIMET                                 14622644


                                PATIENT:  KISH, FRIMET
                                SERVICE DATES: 07-01-19 07-03-19
                                HOSPITAL ACCOUNT #:
                                BAL.DUE:    2594.82
                                CLIENT: NYU LANGONE MEDICAL CENTER

DEAR FRIMET KISH :

    WE HAVE PREVIOUSLY CONTACTED YOU REGARDING THE ABOVE CAPTIONED
ACCOUNT AND HAVE RECEIVED NO RESPONSE TO OUR PRIOR LETTER.  ACCORDING
TO OUR CLIENT'S RECORDS THE ABOVE BALANCE IS STILL OPEN AND DUE.  SINCE
VALIDITY OF THIS OVERDUE ACCOUNT HAS NOT BEEN DISPUTED IT IS NOW
ASSUMED TO BE A VALID DEBT.

    THERE ARE TWO WAYS OF SETTLING A LEGITIMATE DEBT--PAYMENT IN FULL
PROMPTLY OR RECOMMENDATION FOR FURTHER ACTION.  AT THIS TIME THE
CHOICE IS STILL YOURS.

    YOU MAY QUALIFY TO HAVE THIS BILL REDUCED ACCORDING TO THE
HOSPITAL'S CHARITY CARE PROGRAM . FOR INFORMATION ABOUT
THE PROGRAM, BILLING ISSUES AND ALL OTHER INQUIRIES CALL 1-866-486-9847.

    MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO OUR CLIENT AND MAIL TO:

                    NYU LANGONE MEDICAL CENTER

                    P.O.BOX 415234
                    BOSTON,MA 02241-5234

    THANK YOU FOR YOUR COOPERATION IN RESOLVING THIS MATTER.

                           VERY TRULY YOURS,


                           RICH GARCES
```

Licensed by the City of New York, Department of Consumer Affairs, license # 0808886-DCA.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ONLY.**