UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
Frimet Kish, individually and on behalf of all others similarly situated,

          Plaintiff,

Case No.: 1:21-cv-2272

   -against-

MCS Claim Services, Inc.,
          Defendant(s).
------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 14th day of July, 2021        Respectfully Submitted,

                                                  */s/ Tamir Saland*
                                                  Tamir Saland
                                                  Stein Saks, PLLC
                                                  One University Plaza Suite 620
                                                  Hackensack, NJ 07601
                                                  Phone: 201-282-6500
                                                  tsaland@steinsakslegal.com
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 14, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                   */s/ Tamir Saland*
                   Tamir Saland