Case 1:21-cv-02272-LDH-LB   Document 13   Filed 08/03/21   Page 1 of 1 PageID #: 35

Clerk's Office
File Date:
8/3/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
Frimet Kish, individually and on behalf of all others similarly situated,

        Plaintiff,

Case No.: 1:21-cv-2272

-against-

MCS Claim Services, Inc.,

        Defendant(s).
------------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 1, 2021

| For Plaintiff Frimet Kish | For MCS Claim Services, Inc. |
|---|---|
| /s/Tamir Saland | /s/ Arthur Sanders |
| Tamir Saland | Arthur Sanders |
| Stein Saks, PLLC | Barron & Newburger, P.C. |
| One University Plaza | 30 South Main Street |
| Hackensack, NJ 07601 | New City, NY 10956 |
| 201-282-6500 | 845-499-2990 |
| tsaland@steinsakslegal.com | asanders@arthursanderslaw.com |

SO ORDERED:

s/ LDH     8/3/2021
_____
Honorable LaShann DeArcy Hall, USDJ
Eastern District of New York